IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAITLIN C., a minor, by her mother and natural guardian, SHANNON M., | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 07-2930 |
| CHELTENHAM TOWNSHIP SCHOOL DISTRICT, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this  5th  day of March, 2010, upon consideration of Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) (Doc. No. 5), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED and the Complaint (Doc. No. 1) is DISMISSED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.